JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maciej Siedlecki,<br><br>        Plaintiff,<br><br>    v.<br><br>GC Services LP,<br><br>        Defendant(s).<br>_____ | SACV 13-01279 JVS (JCGx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.   The Court ORDERS the Scheduling Conference set for December 2, 2013 vacated.

DATED:   November 27, 2013

_____
James V. Selna
United States District Judge